UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**INSURANCE COMPANY OF THE STATE**
**OF PENNSYLVANIA**
      Plaintiff(s)

      v.                        CIVIL ACTION NO. **13-12821-DJC**

**GREAT NORTHERN INSURANCE COMPANY**
      Defendant(s)

## JUDGMENT IN A CIVIL CASE

CASPER, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** In accordance with the Memorandum and Order granting defendant's cross-motion for summary judgment dated August 25, 2014;

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendant Great Northern Insurance Company.

Robert M. Farrell, Clerk

Dated: 8/25/14                            /s/ Lisa M. Hourihan
                                                  ( By )  Deputy Clerk

NOTE:  The post judgment interest rate effective this date is _____%.

(judgciv.frm - 10/96)                                         [jgm.]